AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| SUNRISE SENIOR LIVING, LLC <br><br> _Plaintiff(s)_ <br><br> v. <br><br> SUNRISE ADULT DAYCARE LLC <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  16-cv-81811-KAM/Matthewman |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  SUNRISE ADULT DAYCARE LLC
6623 Forest Hill Boulevard
Greenacres, FL 33413
Registered Agent: Sandhya Mistry

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Robert M. Kline (FBN 46363)
McDermott Will & Emery LLP
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Tel. (305) 873-4644
rkline@mwe.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:        10/28/2016

_s/ Ledys M. Rodriguez_
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court